William C. Bollard, Bar No. 105489
*william@jbblaw.com*
JULANDER, BROWN & BOLLARD
9110 Irvine Center Drive
Irvine, California 92618
Telephone: (949) 477-2100
Facsimile: (949) 477-6355

Attorneys for Plaintiff COMARCO
WIRELESS TECHNOLOGIES, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| COMARCO WIRELESS TECHNOLOGIES, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>BEST BUY CO., INC., a Minnesota corporation,<br><br>Defendant. | Case No.<br><br>**COMPLAINT and JURY DEMAND** |

Plaintiff Comarco Wireless Technologies, Inc., by its undersigned attorneys, as and for its complaint against defendant Best Buy Co., Inc., says:

## **PARTIES**

Plaintiff Comarco Wireless Technologies, Inc., is a Delaware corporation that maintains its principal place of business at 25541 Commercentre Drive, Lake Forest, California 92630 ("Comarco").

Defendant Best Buy Co., Inc., is a Minnesota corporation that maintains its principal place of business at 7601 Penn Avenue South, Richfield, Minnesota 55423 ("Best Buy").

## JURISDICTION

This is an action for patent infringement under the patent laws of the United States, 35 U.S.C. §1, *et seq.*

This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§1331 and 1338.

## BACKGROUND

Most portable electronic devices (such as laptop computers, tablets, cell phones, and media players) require direct electrical current ("DC") to operate and to recharge their batteries. However, common electrical outlets usually provide only alternating electrical current ("AC"). Hence, purveyors of portable electronic devices typically provide a power supply (also known as a power adapter or a charger) with new products. A typical power supply sold with a new portable device plugs into a wall outlet, either directly or through a cable, and converts AC power from the wall outlet into DC power that is used to operate a portable device or charge its battery.

A power supply sold with a new electronic device satisfies the specific power requirement of the device and has a cable tip of a shape and size that is specifically designed to fit the power port of the device. However, different portable electronic devices usually have different power requirements as well as power ports of different shapes and sizes. Thus, it is generally not possible, for example, to use the power supply accompanying a new laptop to charge a cell phone. Indeed, the power supply for one brand of laptop cannot be used to operate or charge the battery of another brand. There is even variation within brands as some models have different power requirements and connector ports. Consequently, a person must use a different power adapter for each portable electronic device that a person owns. This is inconvenient.

///

1. Comarco pioneered the manufacture and sale of power adapters and adapter cables, and has obtained 48 patents covering inventions in the field. Of relevance here is United States Patent No. 7,460,381, entitled "Programmable Power Supply," which was duly and lawfully issued on December 2, 2008 (the "'381 patent"). A copy of the '381 patent is attached as Exhibit A.

2. The '381 patent discloses and claims a programmable power supply that provides different levels of voltage to portable electronic devices with differing voltage requirements using cable connectors that program the power supply to deliver the specific level of voltage required by a particular electronic device. The invention of the '381 patent enables owners of portable electronic devices with different voltage requirements to use one power supply to charge such devices, rather than separate power supplies dedicated to each device.

3. Also of relevance is United States Patent No. 7,863,770, entitled "Power Supply Equipment for Simultaneously Providing Operating Voltages to a Plurality of Devices," which was duly and lawfully issued on January 4, 2011 (the '770 patent"). The '770 patent has been reexamined twice under 35 U.S.C. § 301, *et seq.*, as evidenced by Reexamination Certificates issued on September 16, 2013, and January 9, 2015. Copies of the '770 patent and the Reexamination Certificates are attached, collectively, as Exhibit B.

4. The '770 patent discloses and claims a power supply that provides two separate direct current outputs of different voltages to charge the batteries of different electronic devices, having different power requirements, at the same time. Thus, the invention of the '770 patent enables people to use one power supply, instead of two, to simultaneously charge, for example, a laptop computer and a cell phone.

5. Comarco is the assignee of the '381 and '770 patents.

/ / /

/ / /

**FIRST COUNT**

Comarco repeats the allegations of paragraphs 1 through 10 as if fully set forth here.

Defendant Best Buy has infringed at least claim 8 of the '381 patent, in violation of 35 U.S.C. § 271, through the sale of at least Rocketfish AC Power Adapters bearing model numbers RF-BPRAC3, RF-BPRAC4, RF-AC9023, RF-NBAC, and RF-BSLAC. A claim chart illustrating Best Buy's infringement with respect to, for example, model RF-BPRAC3, is attached as Exhibit B.

Comarco has sustained damages as a consequence of Best Buy's infringement of the '381 patent.

Upon information and belief, defendant Best Buy's infringement, as aforesaid, has been willful.

**SECOND COUNT**

14. Comarco repeats the allegations of paragraphs 1 through 13 as if fully set forth here.

15. Defendant Best Buy has infringed at least claim 37 of the '770 patent, in violation of 35 U.S.C. § 271, through the sale of at least Rocketfish Slimline AC Power Adapter with USB under model number RF-BSLAC. A claim chart illustrating Best Buy's infringement with respect to model RF-BSLAC is attached as Exhibit C.

16. Comarco has sustained damages as a consequence of Best Buy's infringement of the '770 patent.

WHEREFORE, plaintiff Comarco Wireless Technologies, Inc., requests judgment in its favor and against defendant Best Buy Co., Inc., as follows:

    a.    for judgment that Best Buy has infringed the '381 and '770 patents;

    b.    for an award of damages in an amount sufficient to compensate Comarco for Best Buy's infringement, together with prejudgment interest and costs of suit;

COMPLAINT

2213675.1

c.  for judgment that Best Buy willfully infringed the '381 patent and an award to Comarco of treble damages under 35 U.S.C. § 284;

d.  for judgment that this is an exceptional case under 35 U.S.C. § 285, and an award of reasonable attorneys' fees and expenses to Comarco;

e.  for such other and further relief as the Court may deem just and appropriate.

## JURY DEMAND

Comarco requests trial by jury on all issues triable at law.

DATED: February 13, 2015        JULANDER, BROWN & BOLLARD

By: _____/s/ William C. Bollard_____
William C. Bollard
Attorneys for Plaintiff COMARCO
WIRELESS TECHNOLOGIES, INC.

**Of Counsel:**

Charles Quinn
cquinn@grahamcurtin.com
Glen M. Diehl
gdiehl@grahamcurtin.com
GRAHAM CURTIN, P. A.
4 Headquarters Plaza
Morristown, New Jersey 07962-1991
Tel; 973-292-1700